# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

WEDADE W. ABDALLAH
*ASSISTANT FEDERAL PUBLIC DEFENDER*
wedade_abdallah@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

January 10, 2020

RECEIVED

JAN 10 2020

MARK W. PEDERSEN
United States Magistrate Judge
West___ ___ New York

*Via Electronic Mail*

Honorable Mark W. Pedersen
United States Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:   *United States v. Aaron Graff,* 19-MJ-628

Dear Magistrate Judge Pedersen:

The above captioned matter is scheduled for an appearance for status on January 14, 2020 at 9:00 A.M. I respectfully request that this appearance be postponed for 45 days in light of the following. We have received a proposed plea agreement from Mr. Moynihan and are in the process of negotiating a potential resolution of Mr. Graff's matter. An adjournment will provide Mr. Graff with time to consider the agreement and review the discovery.

I also request that the Court enter an order pursuant to 18 USC 3161(h)(7) excluding this time for speedy trial purposes in the interest of justice as it is in my client's interest that the we have sufficient time to negotiate this matter. This request is also in the interest of the public as valuable judicial and grand jury resources will be conserved if a pre-indictment resolution is reached. AUSA Moynihan has indicated he does not object to these requests.

Sincerely,

Wedade W. Abdallah
Assistant Federal Public Defender

WWA:emb

cc:   Charles Moynihan, AUSA