IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AARON GRAFF,

Defendant.

20-CR-6148 DGL

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 922(o)(1)

(1 Count and Forfeiture
Allegation)

## COUNT 1

### (Possession of a Machinegun)

### The United States Attorney Charges That:

On or about May 24, 2019, in the Western District of New York, the defendant, **AARON GRAFF**, did knowingly possess a machinegun, that is, two (2) "Glock conversion devices", unknown manufacturer, bearing no serial number, and bearing a counterfeit Glock® logo and "Made in AUSTRIA" imprint.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

### FORFEITURE ALLEGATION:

### The United States Attorney Alleges That:

Upon conviction of Count 1 this Information, the defendant, **AARON GRAFF**, shall forfeit to the United States, all of his right, title and interest in any firearm involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a.   two (2) "Glock conversion devices", unknown manufacturer, bearing no serial number, and bearing a counterfeit Glock® logo and "MADE IN AUSTRIA" imprint;

b.   one (1) polymer 80 partially-completed handgun; and

c.   various firearms parts seized by law enforcement from 105 Greenlawn Drive, Rochester, New York, on or about May 24, 2019.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:  Rochester, New York, December 3, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
CHARLES E. MOYNIHAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585-263-6760, ext. 23971
Charles.Moynihan@usdoj.gov

2